FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 25 2018

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CYNTHIA D'ABADIE                                 PLAINTIFF

V.                 CASE NO. 4:18-cv-356-JM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT                                              DEFENDANT

**COMPLAINT**

This case assigned to District Judge *Moody*
and to Magistrate Judge *Kearney*

1. The court's jurisdiction is invoked pursuant to 28 U.S.C. § 1343 and 42 U.S.C.§2000(e). Relief is sought pursuant to 42 U.S.C. § 2000(e).

2. Plaintiff Cynthia D'Abadie is a Caucasian citizen of the United States who resides in Saline County Arkansas. She was first employed by the Pulaski County Special School District (the District) as an "Energy Manager." She is now employed by the District as an "Energy Manager System Scheduler."

3. Defendant Pulaski County Special School District (the District), is an employer as that term is defined by the Civil Rights Act, 42 U.S.C. § 2000(e). Its administrative office is located on Dixon Road, Pulaski County, Little Rock, Arkansas.

4. The Superintendent of Schools is Charles McNulty. At the time of the pertinent events set forth infra, the Superintendent of Schools was Dr. Jerry Guess. Dr. Janice Warren if the Interim Superintendent of Schools.

5. Plaintiff brings this action in order to secure relief from the District because of retaliatory actions taken by the District against her for racial reasons.

6. Plaintiff is a well-qualified person for the job of management of the

1

District's usage of energy in its facilities. Her specific duties are set forth in Exhibit A, her first job description. Her present duties are set forth in Exhibit B. The duties overlap and are materially the same. She claims that after she protested racial treatment that affected her job duties and work environment she was adversely treated by her managers. Her adverse treatment resulted in loss of status and loss of pay of more than $12,000.00 per year. She claims that the district actions constitute unlawful retaliation against her because she complained about racial discrimination.

7. The actions of which plaintiff complains occurred between June 1, 2016 and May 1, 2017. The district employees who were primarily involved in the unlawful retaliatory actions toward plaintiff were Derek Scott, Executive Director of Operations; Paul Brewer, Chief Executive Officer; and Jeff Lynch, Coordinator of Energy Management.

8. Plaintiff reported directly to Mr. Lynch. Mr. Lunch reported to Mr. Scott between January, 2015 and April 17, 2017, the approximate date when plaintiff's job status was adversely affected.

9. Plaintiff's primary work responsibility was "the daily management of energy usage throughout the district." The job "goal" was to ensure proper management of the district's energy usage while providing a school environment that is safe, clean and comfortable for students, teachers, and employees. See Exhibit A.

10. Plaintiff's work performance has been exceptional at all times.

11. Plaintiff cites three incidents in support of her claim that she was subjected to retaliation by her superiors after she complained to them about racial treatment of African American staff and students in the schools of the district.

12. The concerns which plaintiff represented to the district to have racial purpose and outcomes are:

:      a) In June, 2016, plaintiff learned that co-worker Danny Bryan, Engineering Technician I, changed cooling set points at Sylvan Hills elementary school at the direction of Executive Director of Operations Derek Scott. Scott's purpose was to make the African American program director and her African American pupils uncomfortable.

b) On July 6, 2016, plaintiff learned that a fellow employee had changed cooling set points so that the gymnasium at predominately African American Harris elementary school would be made uncomfortable in the heat of summer. The school gymnasium was then being used for educational purposes by the school's African American school principal, Dr. Darnell Bell.

c) On February 27, 2017, plaintiff learned that the heat set point had been lowered in the entirety of College Station elementary school, located in an African American community, at the direction of her supervisor, Jeff Lynch, in order to make students and teachers uncomfortable.

13. Plaintiff discussed her opposition to each of the incidents described in paragraph 12 supra, with her direct supervisor, Jeff Lynch. When Lynch did not resolve plaintiff's complaints, she presented her concerns first to Derek Scott and

3

then to the district's Chief Executive Officer, Paul Brewer. In March, 2017, Brewer represented to plaintiff that her concerns had been addressed as a personnel matter and they would not reoccur. Shortly thereafter, plaintiff's job was eliminated.

14. The June, 2016 racial directive was made by the district's Executive Director of Operations, Derek Scott. He specifically instructed Danny Bryan to "mess with" the African American director and African American students who attended the special summer program which was housed in Sylvan Hills elementary school. Scott's racially motivated action was supplemented by his statement to Danny Bryan in June, 2016 that "...if I had my way that black bitch [the DayDream Director] would never use any of our school facilities."

15. Regarding the incident that occurred on July 6, 2016, on information and belief, the district's Plant Maintenance Supervisor Jeff Lynch was the one to give the racial directive to raise set points in order to make Dr. Bell, the African American school principal, uncomfortable. Plaintiff's belief is because the employees with access to the heating and cooling controls were all white and they each reported to Lynch.

16. The February 27, 2017 incident was also at the direction of Lynch and Scott, on information and belief. Lynch made his views about race known to plaintiff on several occasions. New school buildings were an issue before the federal court at the time. Lynch stated that the mostly African American persons in the College Station area did not deserve "shiny new building because they did not pay their fair share of taxes."

17. Plaintiff complained to Lynch about the racial treatment she was having to address and endure in her work in the district. Lynch did not address her complaints. Plaintiff then followed the chain of command through the District's department of human resources and to Paul Brewer, Chief Executive Officer. The District took no action.

18. Plaintiff specifically informed Scott on March 3, 2017 that the heat set points for College Station elementary school appeared to be racial and/or income biased.

19. On or about March 10, 2017, after plaintiff had taken the initiative to restore the heat set points for College Station elementary, she met with Paul Brewer. She again explained he racial environment in which in which she was required to work. Brewer informed her that he would address the matter. Brewer's manner of addressing the complaint was to admonish Lynch and Bryan to "be careful what you say around women, especially blondes."

20. Shortly after plaintiff's renewed complaints to the human resources department and to Brewer, the district decided to eliminate plaintiff's job.

21. The District articulated the reason for the elimination of plaintiff's job to be both reduction in force and for reasons of economy. Plaintiff alleges that the reasons are pretextual. Among other things, the district continued to hire new employees and to offer a newly created job to plaintiff to perform the same tasks she was performing for $12,000.00 a year less. Further, district policy requires reductions in force to be system-wide and nondiscriminatory.

5

22. Brewer directed the humans resources department to create a new position which was called Energy Management Scheduler and to offer it to plaintiff on a 24 hour take it or leave it notice.

23. Plaintiff accepted the position under protest and asserted the right to be heard before the school district's school board regarding the matter. The school board refused plaintiff's appeal. It was made aware of the discriminatory work environment during the hearing. At the hearing before the Board, the school administration did not contradict plaintiff's factual allegations which set forth herein which were related to retaliation.

24. Plaintiff filed a timely charge of employment discrimination based upon retaliation with the United States Equal Employment Opportunity Commission (EEOC). She represented to the EEOC that her adverse circumstances as an employee of the Pulaski County Special School District was that she was retaliated because of her complaints about the hostile work environment she experienced in the district. Exhibit C.

25. Plaintiff submits that she has been subjected to adverse employment action by the district because she sought to manage the school district's energy delivery system on a racially nondiscriminatory basis and that when she made complaints about the discrimination the district employees responsible for it, with the blessing of management, retaliated against her. She further submits that the retaliation promptly followed her complaints and resulted in termination from one job and assignment to another for pretextual reasons.

26. Plaintiff received her Notice of Right to Sue from the EEOC on March 1, 2018. This action is being filed within 90 days of her receipt of the Notice of Right to Sue. Exhibit D.

27. The aforedescribed conduct of the district in addressing plaintiff's charges of racial discrimination in the workplace have caused plaintiff to suffer loss of pay including benefits and to suffer damages. The described conduct violates 42 U.S.C. §§ 1983 and 2000(e).

WHEREFORE, plaintiff prays that the Court set this matter for early hearing and thereafter enter judgment on behalf of plaintiff which includes declaratory and injunctive relief, equitable relief, including back-pay and reinstatement and damages in an amount in excess of $25,000.

Plaintiff further prays for her costs and reasonable counsel fees pursuant 42 U.S.C. §1988.

Respectfully submitted,

John W. Walker – #64046
Shawn G. Childs
JOHN W. WALKER, P.A.
1723 Broadway
Little Rock, Arkansas 72206
Email: johnwalkeratty@aol.com
501-374-3758
501-374-4187 – Facsimile

JDE Locator: 3.09

# PULASKI COUNTY SPECIAL SCHOOL DISTRICT

### SUPPORT STAFF HOURLY JOB CLASSIFICATION

**POSITION TITLE:** ENERGY MANAGER

**QUALIFICATIONS:**
High school graduate\GED
Experience in energy management
Working knowledge of computers and program application software
Strong organizational skills
Strong communication skills
Knowledge of HVAC Systems

**REPORTS TO:** Coordinator of Energy Management

**JOB GOAL:** To help the District properly manage its energy usage while providing a school/facility environment that is safe, clean and comfortable for students, teachers and employees.

**PERFORMANCE RESPONSIBILITIES:**

1. Responsible for the daily management of energy usage throughout the District.
2. Perform after hour and weekend inspection of schools and facilities to determine proper energy conservation.
3. Work with schools to implement energy saving methods at the local level.
4. Work with schools to solve problems with operation of HVAC equipment and lighting.
5. Assist in the management, education and accounting/accountability of the District's energy conservation plan.
6. Assist in implementing and maintaining an energy auditing and reporting system.
7. Assist in review of and entering of usage and costs into cost accounting program used by the District.
8. Assist in programming energy management system computer.
9. Assist in the operation, troubleshooting and repair of energy management systems.
10. Assist in energy conservation program, including energy audits and developing energy saving solutions and operating data that will reduce utility bills.
11. Assist in handling after-hours calls from schools and monitoring temperatures at schools as needed on nights and weekends.
12. Perform general office duties as required.
13. Perform other duties as assigned.

**TERMS OF EMPLOYMENT:**

Salary Range: Range 23 - Support Staff Hourly Salary Schedule ($22.20/hr. - $37.20/hr. depending on relevant experience)
Length of Contract: 244 days per contract year
FLSA Status: Non - Exempt
Personnel Status: Classified

**EVALUATION:**

Performance of this job will be evaluated according to provisions of the Board's policy on Evaluation of Support Staff Personnel.


EXHIBIT A

JDE Locator: 3.08

APPROVED BY: _____ DATE: _____
                 Assistant Superintendent for Equity and Pupil Services


APPROVED BY: _____ DATE: _____
                 Assistant Superintendent for Human Resources

JDE Locator: 3.78

# PULASKI COUNTY SPECIAL SCHOOL DISTRICT

## SUPPORT STAFF HOURLY JOB CLASSIFICATION

**POSITION TITLE:** ENERGY MANAGEMENT SYSTEM SCHEDULER

**QUALIFICATIONS:**
High school graduate\GED
Experience in energy management
Knowledge of architectural, mechanical and electrical plans
Working knowledge of computers and program application software
Strong organizational skills
Strong communication skills
Knowledge of Mechanical Systems and Energy Management Systems

**REPORTS TO:** Coordinator of Energy Management

**JOB GOAL:** To provide energy management system scheduling and general office duties to support the Department of Plant Planning. To help the District properly manage its energy usage while providing a school/facility environment that is safe, clean and comfortable for students, teachers and employees.

**PERFORMANCE RESPONSIBILITIES:**

1. Enter schedules in the energy management system.
2. Check each energy management system daily for proper operation and for temperatures at each facility.
3. Handle call-in requests for energy management systems and respond to EMS problems reported by schools.
4. Handle after-hours calls from schools and monitor temperatures at schools as needed at night and on the weekend.
5. Assist the Coordinator of Energy Management in inspection of schools and facilities to determine proper energy conservation. (Modifications to work schedule may be made to accommodate afterhours inspections.)
6. Review utility bills for correctness and enter utility usage and costs into cost accounting program used by the District.
7. Work with schools to implement energy saving methods at the local level.
8. Perform general office duties, including but not limited to answering telephone, filing and word processing.
9. Perform other duties as assigned.

**TERMS OF EMPLOYMENT:**

Salary Range: Range 15 - Support Staff Hourly Salary Schedule ($17.40/hr. - $29.90/hr. depending on relevant experience)
Length of Contract: 244 days per contract year
FLSA Status: Non - exempt
Personnel Status: Classified

**EVALUATION:**

Performance of this job will be evaluated according to provisions of the Board's policy on Evaluation of Support Staff Personnel.


EXHIBIT B

JDE Locator: 3.09

APPROVED BY: _____ DATE: _____
                    **Assistant Superintendent for Equity and Pupil Services**

APPROVED BY: _____ DATE: _____
                    **Assistant Superintendent for Human Resources**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 493-2017-01430 |

and EEOC
_____
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Cynthia D'Abadie | (501) 933-3798 | 1970 |

Street Address: 2351 David Drive, Alexander, AR 72002

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| PULASKI COUNTY SCHOOL DISTRICT-9164 | Under 15 | |

Street Address: 3924 Neely Road, Little Rock, AR 72206

DISCRIMINATION BASED ON (Check appropriate box(es).)
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-01-2017    Latest: 07-01-2017
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired on or about January 2, 2015, as Energy Manager. I was demoted on July 1, 2017, from Energy Manager to Energy Management System Scheduler.

I was told I was demoted as a result of changes in program needs of the district.

I believe I was demoted in retaliation for reporting differential treatment due to income/racial discrimination within schools, in violation of Title VII of the Civil Rights Act of 1964, as amended.

EXHIBIT C

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jul 24, 2017 / Cynthia D'Abadie
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

RECEIVED JUL 24 2017

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Cynthia D'Abadie
2351 David Drive
Alexander, AR 72002

From: Little Rock Area Office
820 Louisiana
Suite 200
Little Rock, AR 72201

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2017-01430 | Chris E. Stafford, Investigator | (501) 324-5812 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*

**William A. Cash, Jr.,
Area Office Director**

FEB 2 7 2018
*(Date Mailed)*

Enclosures(s)

cc: **Janice Warren
Superintendent
PULASKI COUNTY SPECIAL SCHOOL DISTRICT
925 Dixon Road
Little Rock, AR 72206**

**Jay Bequette
Bequette & Billingsley
425 W Capitol Ave, Ste 3200
Little Rock AR 72201**

EXHIBIT D