

# Pulaski County Special School District

February 20, 2017

To: Mr. Derek Scott, Executive Director of Operations

From: Jeff Lynch, Coordinator of Energy Management

Re: Narrative of justification for Reduction In Force of Plant Planning staff.

The district is undergoing restructuring due to the loss of desegregation money. As such these positions were modified to accurately reflect scope and responsibility necessary for scheduling and maintaining the energy management system and fulfilling the requirements of the PCSSD Energy Policy. These changes more accurately align these positions with those of similar scope and responsibility in the district.

Please advise if you have any questions or need additional information.

c: Mr. Jerry Holder

Attachments
ENERGY MANAGEMENT SYSTEM SCHEDULER CJDExx.docx



EXHIBIT 1