

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**

925 East Dixon Road/P.O. Box 8601
Little Rock, Arkansas 72216-8601

April 17, 2017

<u>HAND DELIVERED</u>

Ms. Cynthia D. D'Abadie
2351 David Drive
Alexander, Arkansas 72002

Dear Ms. D'Abadie:

In accordance with the Arkansas Public School Employee Fair Hearing Act, ARK. CODE ANN. §§ 6-17-1701, *et seq.*, I am notifying you that it has become necessary to eliminate your position with Pulaski County Special School District; therefore, you are hereby notified that you will be laid off as Energy Manager effective July 1, 2017. The reason for this action is as follows:

1. The result of changes in program needs of the District for the 2017-2018 school year.

Please be assured that you will be afforded recall rights in accordance with Support Staff Personnel Policies. Please contact Kim White at 501-234-2042 immediately upon receipt of this letter in order to expedite your possible reassignment options.

You may file a written request for a Board Hearing by sending the request by certified or registered mail to the president, vice president or secretary of the board of directors with a copy to the Superintendent within twenty-five (25) calendar days from receipt of this notice. Hand delivery is also acceptable.

If you request a hearing, it will take place at an agreed upon time, or, if no agreement can be reached, no sooner than five (5) and no more than ten (10) days from the receipt by the board of directors of your hearing request. The hearing may be public or private at your request, and, if you so request in writing, a record of the hearing will be made and a transcript provided to you at no cost. Both you and the Board may be represented by an attorney or other person(s) of your choosing.

Sincerely,

*Jerry Guess*

Dr. Jerry D. Guess
Superintendent of Schools

c: Personnel File

_____          _____
Employee (Cynthia D'Abadie)           Date (4/17/2017)

Your signature does not indicate your agreement with the contents of this notice, but signifies that the notice has been personally delivered to you.

**EXHIBIT 6**