

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**

925 East Dixon Road/P.O. Box 8601
Little Rock, Arkansas  72216-8601

May 25, 2017

<u>HAND DELIVERED</u>

Ms. Cynthia D'Abadie
2351 David Drive
Alexander, Arkansas  72002

Dear Ms. D'Abadie:

Per your phone conversation with Kim White on April 24, 2017, and pursuant to Personnel Policies for Classified Staff, you are hereby notified of recall to an Energy Management System Scheduler for the 2017-2018 school year.

If you have questions or concerns, please contact Kim White at 501-234-2042.

Sincerely,

*Jerry Guess*

Dr. Jerry Guess
Superintendent of Schools

c:   Personnel File


_____      5/30/2017
Cynthia D'Abadie                 Date

EXHIBIT 1