```
 1              PULASKI COUNTY SPECIAL SCHOOL DISTRICT
 2
 3   IN THE MATTER OF:
 4   DANNY BRYAN
     CYNTHIA D'ABADIE
 5
 6       The above-entitled matter was heard by the Board of
 7   Education, on Tuesday, August 8, 2017, beginning at
 8   11:42 p.m., in the Board Room of the Administrative
 9   Offices, Pulaski County Special School District, 925 East
10   Dixon Road, Little Rock, Pulaski County, Arkansas.
11   BOARD:
12
     DR. LINDA REMELE
13   SHELBY THOMAS
     BRIAN MAUNE (not present)
14   MIKE KEMP (not present)
     ELI KELLER
15   TINA WARD
     ALICIA GILLEN
16
17       ON BEHALF OF THE DISTRICT:
18              GEORGE 'JAY' BEQUETTE, JR., ESQ.
                Bequette & Billingsley
19              425 West Capitol Avenue, Suite 3200
                Little Rock, Arkansas   72201
20
21       ON BEHALF OF THE EMPLOYEE:
22              JOHN W. WALKER, ESQ.
                Walker Law Firm
23              1723 Broadway
                Little Rock, Arkansas   72206
24
25
```

SUSAN B. WHITSON, CCR, INC. (501) 455
WhitsonCCR@aol.com

EXHIBIT 8

COPY

```
 1  ALSO PRESENT:
 2  Dr. Janice Warren, Interim Superintendent
 3  Paul Brewer, CEO of Personnel Services
 4  Derek Scott, Executive Director for Support Services
 5  Shawn Burgess, Director/Coordinator Certified Personnel
 6  Danny Bryan
 7  Cynthia D'Abadie
 8  Joy Springer, Legal Assistant
 9                        ---o---
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```