# Transcript of the Testimony of

# Jeff Lynch

**Date:** January 17, 2019

**Case:** Cynthia D'Abadie v. Pulaski County Special School District

**Bushman Court Reporting**
Kristi Gray
Phone: (501) 372-5115
Fax: (501) 378-0077
<www.bushmanreporting.com>



EXHIBIT 10

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


CYNTHIA D'ABADIE                                          PLAINTIFF

v.                          Case No. 4:18-cv-356-JM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT                                                  DEFENDANT

---

ORAL DEPOSITION

OF

JEFF LYNCH

(Taken January 17, 2019, at 2:26 p.m.)

---

Page 2

APPEARANCES

ON BEHALF OF THE PLAINTIFF:

JOHN W. WALKER, ESQUIRE
JOY CHARLES SPRINGER
JOHN W. WALKER, P.A.
1723 SOUTH BROADWAY
LITTLE ROCK, ARKANSAS   72206
501-374-3758

ON BEHALF OF THE DEFENDANT:

CODY KEES, ESQUIRE
BEQUETTE, BILLINGSLEY & KEES, P.A.
425 WEST CAPITOL AVENUE, SUITE 3200
LITTLE ROCK, ARKANSAS   72201
501-374-1107

1  decision by the district?
2  A    Yes.
3  Q    With whom did you have that input?
4  A    I voiced passionately to Derek Scott my resistance
5  to cutting both the energy management position and the
6  engineering technician positions.
7  Q    And why did you do so?
8  A    Because I feel that those positions are necessary.
9  Q    And Mr. Scott, did he give you an explanation as
10 to why he was focusing upon those two positions?
11 A    He did.  What I was told was that Dr. Guess had
12 mandated to him that he was going to cut -- I forget
13 the exact number, but I believe it was 26 percent.
14 Q    Cut 26 percent of what?
15 A    Of, I guess, the personnel budget.  What
16 positions, he wasn't specific.
17 Q    What was the personnel budget?  Do you know?
18 A    I have no idea.
19 Q    Was your pay incidentally reduced that year?
20 A    No, sir.  They just increased my duties.
21 Q    Did you ever discuss reprimanding Mr. Bryan with
22 Paul Brewer?
23 A    Yes, sir.
24 Q    And how did that come about?  What caused that to
25 occur?

1  A   Cindy came to me with a complaint about Danny.
2  Jerry Holder had just gone part-time. He was hard to
3  get a hold of. I was trying to coordinate a meeting
4  with Jerry Holder to discuss reprimanding Danny Bryan.
5  It took six weeks and Ms. D'Abadie was upset about that
6  and she went to Paul Brewer with it. Paul Brewer
7  called me and Danny into his office and informed me of
8  the school board pol- -- or the school policies that I
9  wasn't even aware of. But evidently everything was to
10 be done by certain time schedules and he made me aware
11 of where to go locate that policy so that I can read
12 it. I admitted that I had made a mistake. That was my
13 bad. I wasn't aware of the policy and he reprimanded
14 me for it and it hasn't happened again.
15 Q   Was this reprimand in writing?
16 A   No, sir. It was verbal.
17 Q   Is there anything -- is it in your personnel file
18 that he reprimanded you?
19 A   I don't know.
20 Q   Now, you say you reprimanded Danny verbally. Then
21 you reduced it to writing. Did you reduce it to
22 writing after you talked to Paul Brewer?
23 A   Yes.
24 Q   Even though Paul Brewer did not put your reprimand
25 in writing?