IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

------------------------------------------------------------

CYNTHIA D'ABADIE,

                    PLAINTIFF,

VS.          NO. 4:18-cv-356-JM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT,

                    DEFENDANT.

------------------------------------------------------------

---o---

DEPOSITION

OF

PAUL BREWER

---o---

JUNE 13, 2019

---o---

**EXHIBIT 11**

A P P E A R A N C E S:

   ON BEHALF OF PLAINTIFF:

      JOHN WALKER, ESQUIRE
      JOY SPRINGER, Administrative Assistant
         John Walker Law Firm
         1723 South Broadway Street
         Little Rock, Arkansas  72206

   ON BEHALF OF DEFENDANT:

      W. CODY KEES, ESQUIRE
         Bequette and Billingsley
         425 West Capitol Avenue
         Suite 3200
         Little Rock, Arkansas  72201

   ALSO PRESENT:

      CYNTHIA D'ABADIE

---o---

1  was looking at child pornography on his computer.
2  Q    What was his name?
3  A    I can't recall it.  I could go back and find
4  it.
5  Q    And who was the other one?
6  A    I don't recall the other one.  I'm just --
7  Q    Now, the person at Harris, do you recall his
8  race?
9  A    He was white.
10 Q    I see.  Do you recall who complained about it?
11 A    It was in a lab, and I can't recall who it was.
12 It was in a lab of sorts, and I can't remember the
13 name of the person.  This has been probably seven or
14 eight years ago.
15 Q    Okay.  Now, do you recall any other complaint
16 made by Ms. D'Abadie regarding anyone in her
17 department that came to your attention up the chain
18 of command?
19 A    I do not.
20 Q    Did you discuss with Ms. D'Abadie the fact that
21 you had reprimanded Mr. Bryan?
22 A    I don't recall.  I would like to think I did.
23 Q    Do you have a procedure for giving notice to a
24 complainant of the outcome of a complaint?
25 A    I normally bring that person back in and

1  guess I didn't go back far enough.
2  Q    Well, the Complaint is pretty -- have you ever
3  read the Complaint at all?
4  A    Oh, I have read a lot of Complaints.
5  Q    I understand. But I'm asking about hers. Have
6  you read hers?
7  A    If I did, I don't recall reading it.
8  Q    That's fine. Now, do you remember whether you
9  and Doctor Guess discussed her complaints that are
10 set forth in the document before you, which is the
11 Complaint herein?
12 A    I would have to say we did. I don't recall the
13 details of what we talked about.
14 Q    I see. If you don't recall, I don't want to
15 press that. She claims that after she complained to
16 you, you all made the decision to eliminate her job,
17 with the explanation being that it was to reduce
18 expenditures to make available revenue.
19 A    The district -- Doctor Guess had asked
20 everybody in each division to try to cut 25 percent
21 out of each one.
22 Q    Well, I understand. You did make that
23 decision; right?
24 A    I did not make the decision.
25 Q    You participated in that decision?

1  A    Each person at the head of their divisions made
2  recommended cuts in allocations.
3  Q    Now, since you were given Notice of Nonrenewal,
4  that means that --
5  A    That was last year.
6  Q    Yes. That was last year?
7  A    Yes.
8  Q    Okay.
9  A    And it shows where I did take a $20,000.00 cut
10 in pay.
11 Q    Well, we have already discussed that.
12 A    Right.
13 Q    And that's disputed.
14 A    Well, it's right there in writing.
15 (Indicating.)
16 Q    The next year, you got a pay increase, didn't
17 you --
18 A    No.
19 Q    -- after Ms. D'Abadie --
20 A    I have not had a pay increase since I came in
21 2010. I have actually taken a $20,000.00 cut last
22 year.
23 Q    Yes. But on the scale that they had, you were
24 above the scale. There was no position that paid
25 your amount?

1  A     But I don't always recall two or three or four
2  years later exactly what they are.  We get so many of
3  them.
4  Q     True.  And then, in all the discussions that
5  you may have been involved in, which you may or may
6  not recall regarding the cuts that had to be made,
7  including to Ms. D'Abadie's department, do you ever
8  recall there being any conversation that her position
9  was going to be eliminated because of complaints that
10 she made --
11 A     No.
12 Q     -- to the district?
13 A     No.
14 Q     And you personally, would that have been a
15 consideration in making a cut, because of complaints
16 that she made?
17 A     We would never made make a cut because somebody
18 made a complaint.  We did it strictly for a cut in
19 the budget.
20           MR. KEES:  Thank you.
21           MR. WALKER:  That causes a question.
22                 REDIRECT EXAMINATION
23 BY MR. WALKER:
24 Q     Do you recall receiving e-mails regarding --
25 from Ms. D'Abadie regarding her treatment?