JDE Locator: 3.09

# PULASKI COUNTY SPECIAL SCHOOL DISTRICT

### SUPPORT STAFF HOURLY JOB CLASSIFICATION

**POSITION TITLE:** ENERGY MANAGER

**QUALIFICATIONS:**
High school graduate\GED
Experience in energy management
Working knowledge of computers and program application software
Strong organizational skills
Strong communication skills
Knowledge of HVAC Systems

**REPORTS TO:** Coordinator of Energy Management

**JOB GOAL:** To help the District properly manage its energy usage while providing a school/facility environment that is safe, clean and comfortable for students, teachers and employees.

### PERFORMANCE RESPONSIBILITIES:

1. Responsible for the daily management of energy usage throughout the District.
2. Perform after hour and weekend inspection of schools and facilities to determine proper energy conservation.
3. Work with schools to implement energy saving methods at the local level.
4. Work with schools to solve problems with operation of HVAC equipment and lighting.
5. Assist in the management, education and accounting/accountability of the District's energy conservation plan.
6. Assist in implementing and maintaining an energy auditing and reporting system.
7. Assist in review of and entering of usage and costs into cost accounting program used by the District.
8. Assist in programming energy management system computer.
9. Assist in the operation, troubleshooting and repair of energy management systems.
10. Assist in energy conservation program, including energy audits and developing energy saving solutions and operating data that will reduce utility bills.
11. Assist in handling after-hours calls from schools and monitoring temperatures at schools as needed on nights and weekends.
12. Perform general office duties as required.
13. Perform other duties as assigned.

### TERMS OF EMPLOYMENT:

**Salary Range:** Range 23 - Support Staff Hourly Salary Schedule ($22.20/hr. - $37.20/hr. depending on relevant experience)
**Length of Contract:** 244 days per contract year
**FLSA Status:** Non - Exempt
**Personnel Status:** Classified

### EVALUATION:

Performance of this job will be evaluated according to provisions of the Board's policy on Evaluation of Support Staff Personnel.

EXHIBIT 12

JDE Locator: 3.09

APPROVED BY: _____ DATE: _____
                Assistant Superintendent for Equity and Pupil Services

APPROVED BY: _____ DATE: _____
                Assistant Superintendent for Human Resources