JDE Locator: 3.78

# PULASKI COUNTY SPECIAL SCHOOL DISTRICT

### SUPPORT STAFF HOURLY JOB CLASSIFICATION

**POSITION TITLE:** ENERGY MANAGEMENT SYSTEM SCHEDULER

**QUALIFICATIONS:** High school graduate\GED
Experience in energy management
Knowledge of architectural, mechanical and electrical plans
Working knowledge of computers and program application software
Strong organizational skills
Strong communication skills
Knowledge of Mechanical Systems and Energy Management Systems

**REPORTS TO:** Coordinator of Energy Management

**JOB GOAL:** To provide energy management system scheduling and general office duties to support the Department of Plant Planning. To help the District properly manage its energy usage while providing a school/facility environment that is safe, clean and comfortable for students, teachers and employees.

### PERFORMANCE RESPONSIBILITIES:

1. Enter schedules in the energy management system.
2. Check each energy management system daily for proper operation and for temperatures at each facility.
3. Handle call-in requests for energy management systems and respond to EMS problems reported by schools.
4. Handle after-hours calls from schools and monitor temperatures at schools as needed at night and on the weekend.
5. Assist the Coordinator of Energy Management in inspection of schools and facilities to determine proper energy conservation. (Modifications to work schedule may be made to accommodate afterhours inspections.)
6. Review utility bills for correctness and enter utility usage and costs into cost accounting program used by the District.
7. Work with schools to implement energy saving methods at the local level.
8. Perform general office duties, including but not limited to answering telephone, filing and word processing.
9. Perform other duties as assigned.

### TERMS OF EMPLOYMENT:

**Salary Range:** Range 15 - Support Staff Hourly Salary Schedule ($17.40/hr. - $29.90/hr. depending on relevant experience)
**Length of Contract:** 244 days per contract year
**FLSA Status:** Non - exempt
**Personnel Status:** Classified

### EVALUATION:

Performance of this job will be evaluated according to provisions of the Board's policy on Evaluation of Support Staff Personnel.

EXHIBIT 13

JDE Locator: 3.78

APPROVED BY: _____ DATE: _____
Assistant Superintendent for Equity and Pupil Services

APPROVED BY: _____ DATE: _____
Assistant Superintendent for Human Resources