### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**CYNTHIA D'ABADIE**                                                                               **PLAINTIFF**

**v.**                                          **Case No. 4:18-cv-00356-JM**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                              **DEFENDANT**

### STATEMENT OF UNDISPUTED MATERIAL FACTS

Defendant, Pulaski County Special School District ("District"), by its attorneys, Bequette, Billingsley & Kees, P.A., for its Statement of Undisputed Material Facts, states:

1.      Plaintiff, Cynthia D'Abadie ("D'Abadie"), a Caucasian female, brings claims under Title VII of the Civil Rights Act of 1964, as amended, based on retaliation, alleging she engaged in protected activity by advocating for African-American students and staff of the District, which resulted in adverse employment action.

2.      D'Abadie is an employee of the District, currently serving as the Energy Manager System Scheduler in the Plant Planning Department ("Plant Planning") at the District.  *See* Complaint, ECF Doc. No. 1 at ¶ 2.  D'Abadie has served in this position since July 1, 2017.  *Id* at ¶ 12, Ex. C to Complaint.   D'Abadie previously served as the Energy Manager for the District, a position that was eliminated at the completion of the 2016-2017 school year.  *See* Complaint at ¶ 2, Ex. 1 to Complaint, and also February 20, 2017 *Memorandum: Narrative of Justification for Reduction In Force of Plant Planning Staff* ("Memorandum"), attached as <u>Exhibit 1</u> to the District's Motion for Summary Judgment filed concurrently herewith ("Motion").

3.      Pursuant to the February 20, 2017 Memorandum, Jeff Lynch, District Coordinator for Energy Management and D'Abadie's direct supervisor, recommended to Derek Scott, former District Executive Director of Operations, the restructuring of the Plant Planning staff due to the loss of desegregation money, to include the elimination of D'Abadie's position, Energy Manager,

and the creation of a new position, Energy Management System Scheduler following the Plant Planning restructuring, her current position.  *See* Ex. 1.

4.      Lynch also recommended the elimination of the Engineering Technician I position in Plant Planning, held by Danny Bryan, who was also rehired as one of the two newly created Energy Management Systems Scheduler position, the other position offered and now held by D'Abadie.  *See* Ex. 1 and Non-Renewal Letter of Danny Bryan and Recall Letter, attached as Exhibits 2 and 3, respectively, to the Districts' Motion.

5.      D'Abadie never lost employment with the District, she simply accepted the newly created position of Energy Management System Scheduler.  The only material change in her benefits was a salary reduction of $10,931.20, as the new position was a range 15 on the District classified salary scale, down from a range 23 with her previous position.  *See* D'Abadie's 2016-2017 and 2017-2018 contracts, attached as Exhibits 4 and 5, respectively, to the District's Motion. Still, the loss in benefits triggered D'Abadie's due process rights under the Arkansas Public School Employee Fair Hearing Act ("APSEFHA") to a school board hearing.

6.      Pursuant to APSEFHA, D'Abadie and Bryan were given notice on April 17, 2017 that their positions, Energy Manager and Engineering Technician I, respectively, would be eliminated due to changes in program needs of the District for the 2017-2018 school year, but that they both would be afforded recall rights to any other available position.  *See* Ex. 3 and D'Abadie's April 17, 2017 Notice Letter, attached as Exhibit 6 to the District's Motion.

7.      Indeed, D'Abadie was recalled to her current position of Energy Management System Scheduler by letter dated May 25, 2017.  *See* May 25, 2017 Recall Letter, attached as Exhibit 7 to District's Motion and 2017-2018 Contract, Ex. 5.

8.      Despite being recalled to new positions, D'Abadie and Bryan exercised their right to a hearing on the non-renewal of their 2016-2017 contracts as Energy Manager and Engineering Technician I, respectively, which was held on Tuesday, August 8, 2017, before the District Board of Directors.  *See* Hearing Transcript Cover Page, attached as Exhibit 8 to the District's Motion.

9.      Superintendent Dr. Jerry Guess's Notice Letter (Ex. 6) cited changes in program needs.   Guess testified that he directed all departments to make budget cuts to their personnel staff by around 25 percent due to the loss of desegregation funding.  *See* Affidavit of Jerry Guess, hereto attached as Exhibit 9 to the District's Motion.  Guess cited the District's loss of some $21 Million Dollars in desegregation funding out of its operational budget for the 2017-2018 school year.  *Id*. at 3.  Guess also noted that the previous year nine schools had detached from the District with the creation of the new Jacksonville North Pulaski School District ("JNPSD") that started the 2016-2017 school year, decreasing the need for the same operational staff the District had prior to the detachment.  *Id*. at 4.

10.     The District needed to make personnel cuts across the board for the 2017-2018 school year, including Plant Planning, because that division was now serving fewer schools.

11.     Dr. Guess's directive for all departments to make personnel budget cuts through personnel reductions in the Spring of 2017 is consistent with the testimony of Jeff Lynch, D'Abadie's immediate supervisor, and Paul Brewer, Chief Executive Office of the District. Lynch recalled that he was directed by his immediate supervisor, Derrick Scott, to make personnel budget cuts in Plant Planning by roughly 26 percent, which resulted in his decision to cut D'Abadie's position, along with the Energy Engineering Technician position held by Danny Bryan.  *See* Deposition of Jeff Lynch, p. 31, attached as Exhibit 10 to the District's Motion, and February 20, 2017 Memorandum, Ex. 1.  Lynch's testimony is consistent with his February 20,

2017 Memorandum, citing a loss in desegregation funding as reason for the non-renewals of D'Abadie and Bryan.

12.      Paul Brewer testified all departments were asked to make personnel cuts by 25 percent, with each department head given the task of determining the positions to be cut and creating any new job description for newly created positions, at lesser pay.  *See* Deposition of Paul Brewer, pp. 17-18, hereto attached as Exhibit 11 to the District's Motion.

13.      Indeed, the positions D'Abadie and Bryan accepted for the 2017-2018 school year contained new job descriptions with less responsibility, which resulted in lesser pay.  *See* Job Descriptions of Energy Manager and Energy Management System Scheduler, attached to the District's Motion as Exhibits 12 and 13, respectively, to the District's Motion.

14.      D'Abadie claims that the employment action was retaliatory because she had complained on three separate occasions to her superiors about racial mistreatment of African-American staff and students in schools of the District.   *See* Complaint, generally, and ¶¶ 11-12.

15.      D'Abadie, a Caucasian female, denies she was ever racially discriminated against, but alleges that she advocated for the rights of African-American students and staff in the District on at least three occasions, which was known to her superiors.   *Id.* at ¶ 12.

16.      D'Abadie described three separate incidents she believed were part of the District's alleged retaliatory motive.

17.      In June of 2016, D'Abadie claims she discovered her co-worker, Danny Bryan (who held the Engineering Technician position which was non-renewed), changed temperature cooling set points at an elementary school where a program for predominately African-American students was being held.   *See* Complaint at ¶ 12(a).

18.     On July 6, 2016, D'Abadie claims she learned that Bryan had again changed temperature cooling set points at a gym of the predominately African-American Bates Elementary School to make the African-American principal, Dr. Bell, uncomfortable.   *Id.*

19.     D'Abadie claims that on February 27, 2017, she learned that her supervisor, Jeff Lynch, lowered heat set points at the predominately African-American College Station Elementary School to make students and teachers uncomfortable.

20.     The only evidence D'Abadie presented to support this claim about Lynch was that she did not think Bryan lowered the temperature set points because he had been disciplined about this same issue previously, and she "could not imagine that Danny would have gotten in trouble for raising the cooling of four units . . . and then turn around six months later and do an entire school.   That did not make sense to me."   *See* Deposition of D'Abadie at p. 90, attached as Exhibit 14 to the District's Motion.

21.     Only D'Abadie, Bryan, Lynch, and a third employee, Butch Camp, had access to change set points, and D'Abadie surmised that if she did not do it, and Bryan had previously been reprimanded for similar conduct, it must have been Lynch.   *Id*. at pp. 90-93.

22.     In addition to these three incidents where D'Abadie alleges she reported inappropriate activity by co-workers who allegedly changed temperature set points, she also alleged she heard racist comments by Bryan and on one occasion observed Bryan viewing inappropriate pictures of female anatomy on his computer.   *See* Ex. 14, pp. 93-94.

23.     D'Abadie also alleges that Lynch made comments that the students at College Station Elementary (predominantly black) "did not deserve shiny new buildings, they didn't pay their fair share of property taxes."   *Id*. at 92.

24.     D'Abadie admits these alleged issues were the only ones she was subjected to prior to her position being non-renewed from the District.   *Id.* at 95.

25.     D'Abadie agreed that the District investigated her complaints about Bryan changing temperature set point and he was disciplined for his conduct.   *Id*. at 96-97.

26.     D'Abadie met with Paul Brewer, District Chief Executive Officer, in August of 2016, about her complaints related to the June and July of 2016 temperature set point changes by Bryan.   *Id*. at 96.   Shortly after that meeting, Bryan, Brewer, Lynch and Jerry Holder (previously the plant planning director and serving as a consultant at this time) had a meeting to discuss D'Abadie's concerns and Lynch told D'Abadie the issues she complained of "would never happen again."   *Id*. at 100.

27.     D'Abadie agreed there were no more issues with Bryan allegedly changing temperature set points, and no other issues until a temperature set point change allegedly occurred in February of 2016, which she claims Lynch did.   Lynch placed a reprimand in Bryan's file over the set point changes.   *See* Lynch Deposition, Ex. 10, p. 32.

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com

By:     **W. Cody Kees**
          Jay Bequette, Ark. Bar #87012
          W. Cody Kees, Ark. Bar #2012118