```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

-------------------------------------------------------

CYNTHIA D'ABADIE,

                                          PLAINTIFF,

VS.              NO. 4:18-cv-356-JM

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT,

                                          DEFENDANT.

-------------------------------------------------------


---o---

DEPOSITION

OF

PAUL BREWER

---o---

JUNE 13, 2019

---o---



Case 4:18-cv-00356-JM   Document 16-8   Filed 07/25/19   Page 2 of 10

22

program needs" for her.  Now, did she continue to do for the 2017-'18 school year the same work that she had done before?

A    I can't recall what year that that letter was produced.

Q    The notice was given to her in April 2017.

A    So, it would have been for the --

Q    '18.

A    '18-'19 school year.

Q    For the '17-'18 school year?

A    '17-'18 school year.  I recall those jobs were eliminated.

Q    Let me ask you -- the question is, did you all continue to have the same needs for providing her services for the '18 -- '17-'18 school year that had existed the year before?

A    Yes, yes.

Q    All right.  So, the reason given is not the real reason, because the program needs remained?

A    There was a need for those positions.  The need for positions, the consensus of that department was that they could cut the salary to a certain extent and redo the job description with a reduction in pay.  They had the opportunity to accept that or not accept it.  Because Ms. White contacted them and they both

PETRE'S STENOGRAPH SERVICE
(501) 834-2352

```
 1   accepted the position with the new conditions that
 2   were a result of the cut in pay.
 3   Q    Now, just a moment. Were there any changes in
 4   program needs in her department for the 2017-'18
 5   school year that had not existed the year before?
 6   A    I'm not aware, because I have really never been
 7   in that department, and had to depend on the person
 8   in charge of that department to make those decisions.
 9   Q    Well, that was Derek Scott, wasn't it?
10   A    Derek Scott.
11   Q    He is not here to defend it.
12   A    He is not here, for sure.
13   Q    Now, as I understand it -- well, tell me what
14   her job description was, as you understood it, for
15   2016-'17.
16   A    '16-'17, I can give you my idea of what they
17   do, her and Danny.
18   Q    Well, tell me, to your knowledge, of what she
19   was doing.
20   A    Okay. They were setting -- during the summer,
21   they have cleaning going on throughout the schools,
22   and they try to accommodate the people, the Custodial
23   Services or Maintenance, who may need to work in a
24   certain area, and at the same time in the winter, in
25   order to try to control cost of energy, they set
```

1  points at certain times for certain individuals to
2  work in certain buildings.  And so, they controlled
3  by computer, I presume, because I have never worked
4  in that department.  I'm going strictly on what they
5  have told me, or kind of an idea of what they do,
6  that they set heating and cooling points throughout
7  our school district.
8  Q    Is that your understanding of all they did --
9  that was all that they did?
10 A    That was my understanding that that was the
11 basis of their job, that was their expertise.
12 Q    Well, you were CEO, you had to have some
13 understanding, didn't you, of what the program needs
14 were that you all used, referred to when you made
15 reference to her reasons for nonrenewal?
16 A    That was depending on the person who was in
17 charge of the expertise of what they could do and not
18 do.
19 Q    Well, now, let me correlate this.  She came to
20 talk to you about her complaints, didn't she, in late
21 2016 and early 2017?  Is that fair to say?
22 A    I do recall her complaining about Danny Bryan.
23 Q    All right.  And then, shortly after she made
24 these complaints, you all decided to give her the
25 letter dated April 17, which in her hearing before

1  the Board is listed as Exhibit Six.
2  A     Yes.
3  Q     All right.
4  A     Of course, I had nothing to do with that
5  decision.  That was Derek Scott's decision.
6  Q     Derek Scott made that decision?
7  A     He did.  Each department head.
8  Q     But at the time this decision was made, she had
9  the complaints against Derek Scott pending; is that
10 correct?
11 A     I'm not aware of a complaint against Derek
12 Scott.
13 Q     Well, she complained, according to the
14 Complaint, about Scott.  You had to be aware of this.
15 You didn't discuss this with anybody?  I have shown
16 you the Complaint, and I asked you --
17 A     Are you talking about the hearing that was
18 held?
19 Q     No, no.  I have shown you the Complaint that
20 was filed here and asked if you had read it.  And as
21 CEO, I presume that you were sort of an aide -- a
22 primary aide to Doctor Guess.  Is that fair to say?
23 A     That's fair to say.
24 Q     And if a Complaint was filed, you at least read
25 it.  Is that fair to say?

1  A     I can't recall if I read it.
2  Q     You all had an Assistant Superintendent for
3  Desegregation at that time, didn't you?
4  A     I believe that was Doctor Warren.
5  Q     And didn't you all discuss these matters in
6  your cabinet?
7  A     I don't recall discussing it in cabinet. I do
8  recall being in the room where it was discussed by
9  Doctor Guess, Derek Scott. And I don't remember if
10 Doctor Warren was there or not.
11 Q     Well, now, Doctor Guess was also aware, wasn't
12 he, of the complaints that had been made regarding
13 Derek Scott?
14 A     I would have to say "yes", but I can't speak
15 for him.
16 Q     All right. You would have to say "yes" because
17 you all discussed it. Isn't that fair to say?
18 A     I don't recall details, but I would say we did
19 discuss it.
20 Q     All right. Now, soon after she made the
21 complaints, then you all gave her this letter that
22 due to results -- due to the result of changes in
23 program needs, she was -- her position was being
24 eliminated. Isn't that correct?
25 A     Her and Danny Bryan's, both.

1  Q    All right. But you all kept the work of the
2  department, even though you eliminated the title of
3  the department; isn't that correct?
4  A    New positions were created.
5  Q    I understand. But the same work was maintained
6  in the department, wasn't there?
7  A    At least some of it had to be because of the
8  crucial nature of their job.
9  Q    Well, now, Mr. Brewer, was any of the work that
10 they had been doing, was that -- was any of that
11 farmed out or contracted out?
12 A    Not that I'm aware of.
13 Q    Were any other persons hired to perform the
14 work they had been performing?
15 A    No.
16 Q    Okay.
17 A    They were rehired to do the job.
18 Q    All right.
19 A    Whatever was created. I don't remember exactly
20 what the job description was and the changes.
21 Q    Now, is it fair to say that you directed that a
22 new job description be given?
23 A    A new job description would have to be given or
24 you wouldn't have been able to eliminate those
25 positions.

PETRE'S STENOGRAPH SERVICE
(501) 834-2352

1  maintained their job.
2  Q    Didn't her letter tell her that she would be
3  entitled to reinstatement?
4  A    I don't think so, if it's a nonrenewal. That's
5  mine. Here is hers, I believe. (Indicating.)
6           (WHEREUPON, Exhibit Four was marked for
7           identification.)
8  BY MR. WALKER:
9  Q    Thank you, Paul. Well, I'm going to show you
10 her exhibit, which says that she is being laid off as
11 Energy Manager. That means that she was being RIFed,
12 doesn't it?
13          MR. KEES: Object to form.
14          THE WITNESS: This letter tells her --
15 BY MR. WALKER:
16 Q    My question is --
17 A    Oh, I'm sorry.
18 Q    -- that means she is being RIFed, doesn't it?
19          MR. KEES: Same objection.
20          THE WITNESS: No. It means she's being
21          nonrenewed.
22 BY MR. WALKER:
23 Q    But if she is being nonrenewed, she would not
24 have any recall rights, would she?
25 A    She would for a lesser position. The policy

```
 1   states that if you are nonrenewed in a position you
 2   have, or RIFed, and you have held the position before
 3   at a lower pay, then you can be recalled back into
 4   that position.  You don't have to take it, but you
 5   have your choice.
 6   Q    Well, had she been in a lower position before?
 7   A    Not to my knowledge.  I'm not sure what she did
 8   before.
 9   Q    Well, tell me, then, why would you give her the
10   recall letter?
11   A    Because she has recall rights to it, because
12   it's a lesser position.
13   Q    But she had never held a lower position before.
14   A    This position was a lower position.
15   Q    No.  But she had never held a lower position
16   before.
17   A    I don't know.
18   Q    Your statement was that if she had held a lower
19   position before and her position had been eliminated
20   or nonrenewed, she would be able to go back to a
21   lower position.  That's what you said.  Do you want
22   to change that?
23   A    Well, when I say "a lower position", she could
24   be recalled to a position that she has held before.
25   Q    Well, but she had never held a lower position
```

1   before.
2   A     Well, there wasn't one.
3   Q     That's right.  So, how could she be recalled to
4   a position she had never held?
5   A     She could be recalled to it, because she was in
6   that position before.  Not in the position that was
7   created, but some responsibility.  There was not a
8   position that she had held before at a lower pay.
9   Q     So, you create a new position, and then you
10  recall her into it?
11  A     And she has the right to either deny it or
12  accept it.
13  Q     I understand.  How much after she got this
14  Notice of Nonrenewal was it that you created the
15  position of Energy Management System Scheduler?
16  A     It had to be done 30 days prior to when they
17  reported to work.
18  Q     Now, were you hands-on in this case, Mr.
19  Brewer?
20  A     No.
21  Q     So, all of your information comes from someone
22  else?
23  A     Well, when we discussed these things --
24  Q     That's "yes" or "no".
25  A     Oh, I'm sorry.