

D'Abadie, Cynthia <cd...



EXHIBIT 13

## College Station Elem/Room 3 - Occupied Heat Setpoint

5 messages

---

**D'Abadie, Cynthia** <cdabadie7248@pcssd.org>      Fri, Jan 20, 2017 at 9:46 AM
To: PLANT PLANNING <plantplanning@pcssd.org>
Cc: BUTCH CAMP <bcamp@pcssd.org>, ANTONIO PEARSON <apearson@pcssd.org>, YOLANDA HARRIS <yharris@pcssd.org>

Hello All,

The occupied heat setpoint in room 3 at College Station has been changed to 72° (was 70°), until the sensor can be calibrated by Butch Camp.

Thank you,

--
Cyndi D'Abadie, Energy Manager
Pulaski County Special School District
Department of Plant Planning
501.234.2900 (Main Office)
501.234.2904 (DID)

---

**HARRIS, YOLANDA** <yharris@pcssd.org>      Fri, Jan 20, 2017 at 9:51 AM
To: "D'Abadie, Cynthia" <cdabadie7248@pcssd.org>

Thank you.



📧 Sent with Mailtrack

[Quoted text hidden]

--
**Yolanda Harris, Principal**
**(501) 234-5052**
**College Station Elementary**
**4710 Frazier Pike**
**Little Rock, AR 72206**

---

**D'Abadie, Cynthia** <cdabadie7248@pcssd.org>      Tue, Jan 24, 2017 at 4:15 PM
To: JEFF LYNCH <jlynch@pcssd.org>, DANNY BRYAN <dbryan@pcssd.org>, BUTCH CAMP <bcamp@pcssd.org>
Cc: ANTONIO PEARSON <apearson@pcssd.org>

Fyi:


http://www.everydayhealth.com/lupus/helping-someone-adjust-to-lupus.aspx


- **Climate control.** _Another common difficulty people with lupus may encounter is profound sensitivity to cold_. "Around a quarter of people with lupus also have Raynaud's phenomenon (poor blood flow to the fingers and toes)," notes Hoffman. "They should wear protective handwear and keep their core body

temperatures warm." Touching or holding cold things can be terribly painful for someone with Raynaud's and it can cause their fingers to become stiff, numb, and even blue. Encourage your loved one with lupus to wear mittens or oven mitts when handling frozen foods and to use insulated drinking glasses or to place a napkin around cold beverages to protect her fingers. When all else fails, turn up the heat.

## Forwarded conversation
Subject: **College Station Elem/Room 3 - Occupied Heat Setpoint**

---

From: **D'Abadie, Cynthia** <cdabadie7248@pcssd.org>
Date: Fri, Jan 20, 2017 at 9:46 AM
To: PLANT PLANNING <plantplanning@pcssd.org>
Cc: BUTCH CAMP <bcamp@pcssd.org>, ANTONIO PEARSON <apearson@pcssd.org>, YOLANDA HARRIS <yharris@pcssd.org>

Hello All,

The occupied heat setpoint in room 3 at College Station has been changed to 72° (was 70°), until the sensor can be calibrated by Butch Camp.

Thank you,

--
Cyndi D'Abadie, Energy Manager
Pulaski County Special School District
Department of Plant Planning
501.234.2900 (Main Office)
501.234.2904 (DID)

----------
From: **HARRIS, YOLANDA** <yharris@pcssd.org>
Date: Fri, Jan 20, 2017 at 9:51 AM
To: "D'Abadie, Cynthia" <cdabadie7248@pcssd.org>

Thank you.

Sent with Mailtrack

--
**Yolanda Harris, Principal**
**(501) 234-5052**
**College Station Elementary**
**4710 Frazier Pike**
**Little Rock, AR 72206**


--
Cyndi D'Abadie, Energy Manager
Pulaski County Special School District
Department of Plant Planning
501.234.2900 (Main Office)

7/20/2017　　Pulaski County Special School District Mail - College Station Elem/Room 3 - Occupied Heat Setpoint

501.234.2904 (DID)

---

**D'Abadie, Cynthia** <cdabadie7248@pcssd.org>　　　　　　　　　　　　　　　Mon, Feb 27, 2017 at 1:03 PM
To: Cyndi Dabadie <cddabadie@yahoo.com>

[Quoted text hidden]
[Quoted text hidden]
Date: Tue, Jan 24, 2017 at 4:15 PM
To: JEFF LYNCH <jlynch@pcssd.org>, DANNY BRYAN <dbryan@pcssd.org>, BUTCH CAMP <bcamp@pcssd.org>
Cc: ANTONIO PEARSON <apearson@pcssd.org>

[Quoted text hidden]
[Quoted text hidden]

---

**Cynthia D'Abadie** <cddabadie@yahoo.com>　　　　　　　　　　　　　　　Thu, Jul 20, 2017 at 11:02 AM
To: Cynthia D'Abadie <cdabadie7248@pcssd.org>

Sent from my iPhone

Begin forwarded message:

> **From:** "D'Abadie, Cynthia" <cdabadie7248@pcssd.org>
> **Date:** February 27, 2017 at 1:03:55 PM CST
> **To:** Cyndi Dabadie <cddabadie@yahoo.com>
> **Subject: Fwd: College Station Elem/Room 3 - Occupied Heat Setpoint**

[Quoted text hidden]