


📄 **Pulaski CSSD Benchmarking Report 5-6-2014 (1).pdf**
3743K

📄 **College Station Elem._Building Reports_2013 to Present_03MAR2017.pdf**
67K

---

**D'Abadie, Cynthia** <cdabadie7248@pcssd.org>   Tue, Apr 11, 2017 at 8:32 AM
To: LINDA REMELE <lremele@pcssd.org>

Hello Dr. Remele,

Please see emails concerning College Station Elem's occupied heat setpoints being changed to 68°F. I am deeply concerned for the children and staff at this facility. I have sent this email to Derek Scott, Janice Warren, Paul Brewer, Kim White, and Yolanda Harris. I have not received a response from anyone of these individuals to date. Although I received no response, I went ahead and returned the occupied heat setpoints to 70°F as is the standard.

Plant Planning experienced an incident in June 2016 where Derek Scott advised (via text message) a coworker, Danny Bryan, "to mess with 'em [them]" at Sylvan Hills Elem. This was because Derek Scott was upset that Dr. Guess waived the rental fees for Dream Daycare to occupy the Sylvan Hills Elem cafe over the summer of 2016. Danny Bryan did in fact raise the cafe occupied cooling setpoints to 77°F & 78°F as he was advised by Derek Scott. Our typical/standard is 75°F for occupied cooling. This incident was reported to Human Resources (Paul Brewer & Kim White) soon thereafter.

So, I do not know if the person who changed College Station Elem.'s occupied heat setpoints acted in his individual capacity or was directed by Derek Scott/others.

Please respond & advise.

Also, I will be forwarding you other emails that I believe are pertinent to the recommendation for cutting my position. They will follow shortly.

Thank you,

---------- Forwarded message ----------
From: Cynthia D'Abadie <cdabadie7248@pcssd.org>
Date: Sat, Mar 4, 2017 at 8:05 AM
Subject: Fwd: College Station Elem/Occupied Heat Setpoints
To: "cddabadie@yahoo.com" <cddabadie@yahoo.com>


Sent from my iPad

Begin forwarded message:

> From: "D'Abadie, Cynthia" <cdabadie7248@pcssd.org>
> Date: March 3, 2017 at 3:28:57 PM CST
> To: JANICE WARREN <jwarren@pcssd.org>
> Subject: Fwd: College Station Elem/Occupied Heat Setpoints