**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CYNTHIA D'ABADIE**                                                                                    **PLAINTIFF**

**v.**                                    **Case No. 4:18-cv-00356-JM**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                              **DEFENDANT**

### JOINT MOTION FOR CONTINUANCE

Comes now Plaintiff and Defendant, by their respective attorneys, and for their Joint Motion for Continuance ("Motion"), allege and state:

1. This case is set for trial on December 9, 2019.  Counsel for Defendant has a week long hearing before the Financial Industry Regulatory Authority on that date, which has been scheduled for over a year, before this case was initially continued.

2. Defendant's counsel has conferred with Plaintiff's counsel and they have no objection to this continuance.

3. The parties request a first-out trial setting of August 2020.

WHEREFORE, the parties, through their counsel, request that the Court set a new scheduling order that will extend the current deadlines by two months.

                                                                                Respectfully submitted,

                                                                                BEQUETTE, BILLINGSLEY & KEES, P.A.
                                                                                425 West Capitol Avenue, Suite 3200
                                                                                Little Rock, AR 72201-3469
                                                                                Telephone: (501) 374-1107
                                                                                Fax: (501) 374-5092
                                                                                Email: jbequette@bbpalaw.com
                                                                                           ckees@bbpalaw.com

                                                                                By:_____*W. Cody Kees*_____
                                                                                        Jay Bequette, Bar Number 87012
                                                                                        W. Cody Kees, Bar Number 2012118