IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CYNTHIA D'ABADIE**                                                                 **PLAINTIFF**

v.                              Case No. 4:18-cv-00356-JM

**PULASKI COUNTY SPECIAL
SCHOOL DISTRICT**                                                                    **DEFENDANT**

### PLAINTIFF'S AMENDED PRETRIAL DISCLOSURE SHEET

1. **Identity of Parties**: Cynthia D'Abadie.

2. **Parties Legal Counsel**:

    Shawn G. Childs
    Lawrence A. Walker
    John W. Walker, P.A.
    1723 S. Broadway
    Little Rock, Arkansas 72206
    501-374-3758

3. **Summary of Claims and Relief Sought**:

    Plaintiff, who is a white woman, was given notice of termination from her position as Energy Manager after she complained race discrimination against black employees. She seeks the relief of back pay, benefits lost, prejudgment interest and the job itself of Energy Manager. She also seeks compensatory damages, attorney's fees and costs.

4. **Prospects for Settlement:** The parties' counsel discussed settlement but were not able to reach an agreement.

5. **Jurisdictional Basis:** This Court has subject matter jurisdiction over this cause of action under 28 U.S.C. § § 1343 and 42 U.S.C. § 2000(e), et. seq.

6. **Pending Motions**: None.

7. **Summary of Facts:**

Plaintiff was initially hired by the PCSSD as the Energy Manager in the Plant Planning Department at grade level 23. She was terminated as Energy Manager. She was rehired as Energy Management Systems Scheduler at grade level 15. Plaintiff was terminated after she made multiple complaints of a hostile work environment which included adverse treatment of black staff. The district's defense is that her termination was due to a reduction in force necessitated by a plan of the district to reduce costs. Plaintiff contends that the district's defenses are pretextual.

8. **Proposed Stipulations**: The parties have not addressed stipulations.

9. **Contested Issues of Fact**:

   a) Whether defendant retaliated against plaintiff because she complained of discrimination against black co-workers.

10. **Contested Issues of Law**:

   None expected.

11. **Exhibits**:

   a) Cynthia D'Abadie  EEOC charge;

   b) Email communications between D'Abadie and Derrick Scott;

   c) Email communications between D'Abadie and Don Bell;

   d) Email communications between D'Abadie and Jeff Lynch;

   e) Email communications between D'Abadie and Board President Remele;

   f) Email communications between D'Abadie and PCSSD staff members;

   g) Exhibits attached to the depositions of Holder, Lynch, Brewer and D'Abadie; and

   h) exhibits in response to Motion for Summary Judgment;

Plaintiff reserves the right to utilize exhibits as listed by the defendants. In addition, plaintiff reserves the right to utilize exhibits as produced by defendants in

its responses to plaintiffs' interrogatories and requests for production of documents as well as the documents produced to the defendants by plaintiff.

12. **Charts, Graphs, Models, etc**.:  The plaintiff will make charts based on the information supplied by the defendants regarding employment figures, and other data.

13. **Witnesses**:

    a)  Dr. Jerry Guess, Watson Chapel SD

    b)  Dr. Janice Warren, PCSSD

    c)  Denise Palmer, PCSSD

    d)  Paul Brewer, PCSSD

    e)  Shawn Burgess, PCSSD

    f) Jerry Holder, PCSSD

    g)  Derrick Scott, PCSSD

    h) Jeff Lynch, PCSSD

    i) Danny Bryan, PCSSD

    j) Curtis Johnson, PCSSD

    k) Linda Remele, PCSSD Board President

    i)  Cynthia D'Abadie

**Plaintiff also reserves the right to call any witness listed by the defendants as well as witnesses listed in initial disclosures and identified during discovery.**

14. **Request to Amend Pleading**: Plaintiff respectfully requests that the pleadings be amended in order to conform to the proof as presented in the trial of this matter pursuant to FRCP Rule 15.

3

15. **Status of Discovery**: completed.

16. **Suggestions for Expediting Trial**: none.

17. **Estimated Length of Trial**: 3-4 days

                                          Respectfully submitted,

                                               Shawn Childs
                                        Shawn Childs, AR 99058
                                        Lawrence A. Walker, AR  201204
                                        John W. Walker, P.A.
                                        1723 Broadway
                                        Little Rock, AR 72206
                                        501-374-3758
                                        501-374-4187
                                        schilds@gabrielmail.com
                                        lwalker@jwwlawfirm.com