**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CYNTHIA D'ABADIE**                                                                                 **PLAINTIFF**

**v.**                                **Case No. 4:18-cv-00356-JM**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**             **DEFENDANT**

**DEFENDANT'S AMENDED PRETRIAL DISCLOSURE SHEET**

Defendant, Pulaski County Special School District ("District"), by its attorneys, Bequette Billingsley & Kees, P.A., respectfully submit its Amended Pretrial Disclosure Sheet:

1. <u>The identity of the party submitting information</u>. Pulaski County Special School District ("District").

2. <u>The names, addresses and telephone numbers of all counsel for the party</u>.

    Jay Bequette
    Cody Kees
    Bequette, Billingsley & Kees, P.A.
    425 West Capitol Avenue, Suite 3200
    Little Rock, Arkansas 72201-3469
    E-mail: jbequette@bbpalaw.com
             ckees@bbpalaw.com

    John W. Walker, PA
    Shawn Childs
    1723 Broadway
    Little Rock, AR 72206
    Email: johnwalkeratty@aol.com

3. <u>A brief summary of claims and relief sought</u>. Plaintiff claims her contract non-renewal and re-assignment to a new position in the District was in retaliation for reporting differential treatment of employees within the District, in violation of Title VII of the Civil Rights Act of 1964. Plaintiff seeks reinstatement to her prior position, back pay, other compensatory damages, along with her attorney's fees and costs.

4. <u>Prospects for settlement</u>. Unlikely.

5. <u>The basis for jurisdiction and objections to jurisdiction</u>.  Federal question jurisdiction.  No objection.

6. <u>A list of pending motions</u>.

(a) None.

7. <u>A concise summary of the facts</u>.

Plaintiff is an employee of the District, currently serving as the Energy Manager Systems Scheduler in the Plant Planning Department of the District, since July 1, 2017.  Plaintiff previously served as the Energy Manager for the District, a position that was eliminated at the completion of the 2016-2017 school year.

Plaintiff's previous position, along with that of a co-worker, Danny Bryan, were eliminated due to the loss of desegregation money to the District, which necessitated cost savings across the District, including the Plant Planning Department.   Plaintiff and Bryan were non-renewed in their respective roles and offered the new position of Energy Management System Scheduler, a position they both accepted as of July 1, 2017.  Plaintiff never lost employment with the District.  The only material change in her benefits was a salary reduction of $10,931.20, as her new position was a different range on the District's classified salary schedule.

The District contends Plaintiff's non-renewal and rehire to a new position was due to necessary budget cuts to personnel staff of around 25% due to the loss of desegregation funding. The District has presented evidence it was going to lose nearly 21 million dollars in desegregation funding out of its operational budget for the 2017-2018 school year, along with the loss the prior year of nine schools with the detachment of the newly created Jacksonville-North Pulaski County School District ("JNPSD").  All these changes necessitated the need to decrease operational staff of the District.

Despite the overwhelming evidence in this case that Plaintiff's position was eliminated due to budget cuts and program needs because of the continued loss of desegregation funding and the detachment of JNPSD, Plaintiff claims that her employment action was retaliatory because she had complained on three separate occasions to her supervisors about racial mistreatment of African American staff and students of the District, namely that temperature set points were adversely impacted to affect those individuals.  At bottom, Plaintiff claims that on three occasions she complained the temperature set points were not set at the proper place, causing staff in those areas to be uncomfortable, and her complaints led to adverse employment action.

8.      <u>All proposed stipulations</u>.   The District would stipulate to all of the facts set forth in its Statement of Material Facts, including but not limited to:

(a) Plaintiff's salary with the District prior to and after the non-renewal at issue;

(b) Plaintiff was part of a non-renewal in 2017;

(c) Plaintiff's job duties and pay, both before and after her non-renewal and re-hire to her current position; and

(d) Plaintiff's written communication with the District and its agents.

9.      <u>The issues of fact expected to be contested</u>.   *See* the District's Statement of Material Facts (Doc. No. 11).; Plaintiff's Response to Statement of Facts (Doc. No. 17); Plaintiff's Statement of Facts (Doc. No. 18); District's Response to Plaintiff's Statement of Facts (Doc. No. 28).

At bottom, the gravamen of the case is whether the District retaliated against Plaintiff by non-renewing her position and re-employing her with lesser duties and lesser pay in retaliation for alleged protected activity.

10. <u>The issues of law expected to be contested</u>.  None.  Contested issues related to Plaintiff's relief could arise pending the jury's verdict.

11. <u>A list and brief description of exhibits, documents, charts, graphs, models, schematic diagrams, summaries, and similar objects which may be used in opening statement, closing argument, or any other part of the trial, other than solely for impeachment purposes, whether or not they will be offered in evidence.  Separately designate those documents and exhibits which the party expects to offer and those which the party may offer</u>.

The following exhibits <u>will be</u> offered at the trial of this matter:

    (a) February 20, 2017 Narrative of Justification for Reduction In Force of Plant Planning Staff;

    (b) Plaintiff's 2016-2017 Contract;

    (c) Plaintiff's 2017-2018 Contract;

    (d) April 17, 2017 Notice Letter to Plaintiff;

    (e) May 25, 2017 Recall Letter to Plaintiff;

    (f) Energy Manager Job Description;

    (g) Engineering Technician Job Description;

    (h) Energy Management System Scheduler Job Description;

    (i) District's 2017 Fiscal Allocations and Budget information; and

    (j) District's revenue loss following JNPSD's detachment from PCSSD.

The following exhibits <u>may be</u> offered at the trial of this matter:

    (a) April 17, 2017 Non-Renewal Letter to Danny Bryan;

    (b) May 25, 2017 Recall Letter to Danny Bryan;

    (c) Plaintiff's initial grievance to Jeff Lynch, July 6, 2016;

    (d) Email from Scott to Lynch and D'Abadie dated August 26, 2016;

    (e)  Email from D'Abadie to PCSSD staff dated 1/20/17 and 1/24/17;

    (f)  Memo from Lynch to Scott dated 2/2017;

    (g)  Email from D'Abadie to Derek Scott dated 3/3/17 re College Station;

    (h)  Transcript of Board Hearing held on August 8, 2017;

    (i)  Email from D'Abadie to President of PCSSD Board Remele 4/11/17; and

    (j)  PCSSD Classified Staffing Allocations for 2017-18.

12. <u>The names, addresses, and telephone numbers of witnesses for the party. Separately identify witnesses whom the party expects to present and those whom the party may call. Designate witnesses whose testimony is expected to be presented via deposition and, if not taken stenographically, a transcript of the pertinent portion of the deposition testimony</u>.

The District <u>will</u> call the following witnesses at trial:

(a)    Dr. Jerry Guess
        Watson Chapel School District
        4100 Camden
        Pine Bluff, AR 71603

(b)    Mr. Jeffrey Lynch
        3924 Neely Road
        Little Rock, AR 72206
        (501) 413-9737

(c)    Mr. Paul Brewer
        3924 Neely Road
        Little Rock, AR 72206

(d)    Mr. Glenn Shook
        3924 Neely Road
        Little Rock, AR 72206

(e)    Dr. Linda Remele
        3924 Neely Road
        Little Rock, AR 72206

The District <u>may</u> call the following witnesses at trial:

(a) Dr. Charles McNulty
 3924 Neely Road
 Little Rock, AR 72206

(b) Ms. Shawn Burgess
 3924 Neely Road
 Little Rock, AR 72206

(c) Mr. Curtis Johnson
 3924 Neely Road
 Little Rock, AR 72206

(d) Mr. Jerry Holder
 3924 Neely Road
 Little Rock, AR 72206

(e) Mr. Danny Bryan

(f) Ms. Cynthia D'Abadie

13. <u>The current status of discovery, a precise statement of the remaining discovery and an estimate of the time required to complete discovery</u>.  Discovery has been completed.

14. <u>An estimate of the length of trial and suggestions for expediting disposition of the action</u>.  Three to four days.

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com

By:   **W. Cody Kees**
 Jay Bequette, Ark. Bar #87012
 W. Cody Kees, Ark. Bar #2012118