**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CYNTHIA D'ABADIE**                                                                                     **PLAINTIFF**

**v.**                                   **Case No. 4:18-cv-00356-JM**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                              **DEFENDANT**

**BRIEF IN SUPPORT OF DEFENDANT'S SECOND MOTION IN LIMINE**

Comes now Defendant, Pulaski County Special School District ("District"), by and through its attorneys, Bequette, Billingsley & Kees, P.A., and for its Brief in Support of its Second Motion in Limine, states:

The District anticipates Plaintiff will attempt to elicit testimony from witnesses and/or introduce exhibits relating to numerous irrelevant, highly prejudicial matters which should be excluded pursuant to the Federal Rules of Evidence.

All relevant evidence is admissible, except as otherwise provided by statute or by these rules or by other rules applicable in the courts of this state. Evidence which is not relevant is not admissible. Fed. R. Evid. 402. In the event the court determines that the evidence complained of herein is relevant, then the evidence should be excluded on the basis of Fed. R. Evid. 403, which provides, in part, that evidence, although relevant, may be excluded if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.

For the reasons set forth herein, the following documents and issues should be excluded from evidence at the trial of this case, and the District requests the Court to instruct Plaintiff's

counsel to refrain from inquiring of any witness as to the following matters and to refrain from making these statements in *voir dire*, and opening and closing statements.

### **Unrelated Racially Inflammatory Situations, Social Justice Organizations, Social Justice Movements and Current Events.**

Defendants move to exclude any reference to current events highlighting ongoing social injustices in America, including, but not limited to, recent police shootings, protesting of police, political marches, rioting, etc., as well social justice movements such as Black Lives Matter. These events and issues have nothing to do with the current case at issue, are not relevant, and thus, should be excluded under Fed. R. Evid. 403. Furthermore, mention of these current events would only serve to divert the jury's attention from the facts at issue and create a broader narrative, undoubtedly more advantageous to the Plaintiff's case. It is highly prejudicial and has no probative value. Reference to these current events does not shed light on any factual disputes in this case. To allow Plaintiff or her counsel to reference these events could cause the jury to base its decision not on the facts, but emotion. *See Combs v. The Cordish Cos., No.* 14-0227-CV-W-ODS, 2018 U.S. Dist. LEXIS 47846 (W.D. Mo. Mar. 23, 2018). Evidence is unduly prejudicial if it creates genuine risk that emotions of jury will be excited to irrational behavior, and risk is disproportionate to probative value of offered evidence. *See United States v. Miller* (7th Cir. Ill. July 27, 2012), 688 F3d 322.

Defendants recognize that discussing these current events with the prospective jurors during voir dire may be helpful in selecting the best jurors. However, such references should be precluded in all other parts of the case, including opening and closing statements, and during direct and cross-examination, as such references would be unduly prejudicial and irrelevant to this case.

All of the above items are not relevant to the issues of this claim or would otherwise only

seek to impassion the emotions of the jury, having them rely upon their emotional response and not the evidence and Court's instructions. Furthermore, to the extent any of the aforementioned items are relevant, the risk of undue prejudice to the District greatly outweighs any potential relevance. *See* Fed. R. Evid. 401, 402 and 403.

        Respectfully submitted,

        BEQUETTE, BILLINGSLEY & KEES, P.A.
        425 West Capitol Avenue, Suite 3200
        Little Rock, AR 72201-3469
        Phone: (501) 374-1107
        Fax: (501) 374-5092
        Email: jbequette@bbpalaw.com
        Email: ckees@bbpalaw.com

By:     **W. Cody Kees**
        Jay Bequette, Ark. Bar #87012
        W. Cody Kees, Ark. Bar #2012118