# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| **CYNTHIA D'ABADIE** | **PLAINTIFF** |
| **V.** | **4:18CV00356 JM** |
| **PULASKI COUNTY SPECIAL SCHOOL DISTRICT** | **DEFENDANT** |

## ORDER

The Court has reviewed the pending motions in limine and Plaintiff's response to Defendants' first motion in limine.

Defendants' motion in limine (ECF No.45) is GRANTED. As always, the Court's rulings on motions in limine are not final rulings on admissibility. The attorneys should request a bench conference prior to introducing a subject that has previously been excluded by a ruling on a motion in limine.

IT IS SO ORDERED this 13th day of August, 2020.

_____
James M. Moody Jr.
United States District Judge