Plaintiff's Exhibit and Witness List

# United States District Court
## Eastern District of Arkansas

Cynthia D'Abadie

v. Pulaski County Special School District

EXHIBIT AND WITNESS LIST

CASE NUMBER: 4:18cv00356JM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| James M. Moody Jr. | Shawn Childs/Lawrence Walker | Cody Kees/Jay Bequette |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| August 17-18, 20, 2020 | Karen Dellinger | Kacie Glenn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/17/20 | | X | Cynthia D'Abadie Contract for 2016-17 school year |
| 2 | | 8/18/20 | | X | Energy Manager Job Description |
| 3 | | 8/17/20 | | X | Cynthia D'Abadie Contract for 2017-18 school year |
| 4 | | 8/17/20 | | X | PCSSD 2017-18 Salary Schedule |
| 5 | | 8/17/20 | | X | Cynthia D'Abadie Contract for 2018-19 |
| 6 | | 8/17/20 | | X | PCSSD 2018-19 Salary Schedule |
| 7 | | 8/17/20 | | X | Cynthia D'Abadie Contract for 2019-20 |
| 8 | | 8/17/20 | | X | PCSSD 2019-20 Salary Schedule |
| 9 | | 8/17/20 | | X | Cynthia D'Abadie Contract for 2020-21 |
| 10 | | 8/18/20 | | X | PCSSD 20-21 Salary Schedule |
| 11 | | 8/17/20 | | X | Cynthia D'Abadie Performance Evaluation dated May 9, 2016 |
| 12 | | 8/17/20 | | X | Cynthia D'Abadie Performance Evaluation dated February 15, 2017 |
| 13 | | 8/17/20 | | X | Email strand with starting date of 1/20/17 from D'Abadie to Plant Planning, etc. |
| 14 | | 8/17/20 | | X | Memo dated February 20, 2017 from Jeff Lynch to Derek Scott w/attachment |
| 15 | | 8/17/20 | | X | Job Description for Engineering Technician 1 |
| 16 | | 8/17/20 | | X | Email dated March 3, 2017 from D'Abadie to Derek Scott |
| 17 | | 8/17/20 | | X | Plant Planning Recommended Allocations for 2017-18 dated April 1, 2017 |
| 18 | | 8/17/20 | | X | Email dated 4/11/17 from D'Abadie to Board President Remele re Colllege Station |
| 19 | | 8/17/20 | | X | Letter dated April 17, 2017 from Guess to D'Abadie re RIF |
| 20 | | | | | Email dated 5/11/19 from HR White re Abadie's Corrected Pay Step |
| 21 | | 8/18/20 | | X | Cynthia D'Abadie Back Pay Calculations |
| 22 | | | | | Plaintiff may utilized exhibits listed by the Defendant |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## *Eastern District of Arkansas*

| | | | EXHIBIT AND WITNESS LIST |
|---|---|---|---|
| Cynthia D'Abadie | v. | Pulaski County Special School District | CASE NUMBER: 4:18cv00356JM |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| James M. Moody Jr. | Shawn Childs/Lawrence Walker | Cody Kees/Jay Bequette |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| August 17-18, 20, 2020 | Karen Dellinger | Kacie Glenn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/17/20 | | | Dr. Linda Remele |
| 5 | | 8/18/20 | | X | Dr. Jerry Guess |
| | | 8/17/20 | | | Dr. Janice Warren |
| 1 | | 8/17/20 | | X | Paul Brewer |
| 3 | | 8/17/20 | | X | Jerry Holder |
| 2 | | 8/17/20 | | X | Jeff Lynch |
| 4 | | 8/17/20 | | X | Danny Bryan |
| | | 8/17/20 | | | Curtis Johnson |
| | | 8/17/20 | | | Shawn Burgess |
| 6 | | 8/18/20 | | X | Cynthia D'Abadie |
| | | | | | Plaintiff may call witnesses listed by the Defendant |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of 2 Pages