Defendant's Exhibit and Witness List

# United States District Court
## *Eastern District of Arkansas*

Cynthia D'Abadie

V.   Pulaski County Special School District

CASE NUMBER: 4:18-cv-00356

| PRESIDING JUDGE James M. Moody Jr. | | PLAINTIFF'S ATTORNEY Childs/Walker | DEFENDANT' ATTORN Y Bequette/Kees |
|---|---|---|---|
| TRIAL DATE(S) 08/17/2020 - 08/20/2020 | | COURT REPORTER Karen Dellinger | COURTROOM DEPUTY Kacie Glenn |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 8/17/2020 | | X | Plaintiff's 2016-2017 Contract |
| | 2 | 8/17/2020 | | X | Plaintiff's 2016-2017 Contract |
| | 3 | 8/17/2020 | | X | Narr. of Justification for RIF of Plant Planning Staff/ Staff Allocations |
| | 4 | 8/17/2020 | | X | April 17, 2017 Notice Letter of Nonrenewal to Plaintiff |
| | 5 | 8/17/2020 | | X | May 25, 2017 Position Recall Letter to Plaintiff |
| | 6 | 8/17/2020 | | X | Energy Manager Job Description |
| | 7 | 8/17/2020 | | X | Energy Management System Scheduler Job Description |
| | 8 | 8/17/2020 | | X | 2016-2017 Salary Schedule For Classified Employees (including Plaintiff) |
| | 9 | 8/18/2020 | | X | July 6, 2016 Email of Concerns from Plaintiff to Jeff Lynch |
| | 10 | 8/17/2020 | | X | Plaintiff's EEOC Intake Questionnaire |
| | 11 | 8/17/2020 | | X | August 20, 2016 Written Concerns by Plaintiff |
| | 12 | 8/17/2020 | | X | April 17, 2017 Non-Renewal Letter to Danny Bryan |
| | 13 | 8/17/2020 | | X | May 25, 2017 Recall Letter to Danny Bryan |
| | 14 | 8/17/2020 | | X | Staff Allocation Sheet |
| | 15 | 8/17/2020 | | X | Supervisor Report August 2016 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

D'Abadie      V.      Pulaski County Special School District

4:18-cv-00356

| | Def. NO. | DATE OFFERED | MARK D | ADMITTED | |
|---|---|---|---|---|---|
| | | | | | Dr. Jerry Guess |
| | | | | | Mr. Jeffrey Lynch |
| | | | | | Mr. Paul Brewer |
| | | | | | Mr. Glenn Shook |
| | 1 | 8/18/2020 | | X | Dr. Linda Remele |
| | | | | | Ms. Shawn Burgess |
| | | | | | Mr. Curtis Johnson |
| | | | | | Mr. Danny Bryan |
| | | | | | Ms. Cynthia D'Abadie |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |