U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
AUG 1 8 2020
IN OPEN COURT
JAMES W. McCORMACK, CLERK
By: _____ DEPUTY CLERK

## VERDICT FORM

**Question 1**: On the retaliation claim of Plaintiff Cynthia D'Abadie as submitted in Instructions 7 or 8, we find in favor of:

_____     PCSSD
(Plaintiff Cynthia D'Abadie)    or    ((PCSSD))

_____
Foreperson

Dated: 8-18-2020

*Note: Answer Question 2 only if the above finding is in favor of Ms. D'Abadie*

**Question 2**: We find Ms. D'Abadie's lost wages through the date of this verdict to be:

$_____ *(stating the amount or, if none, write the word "none")*

We find Ms. D'Abadie's other damages, excluding lost wages, to be:

$_____ *(stating the amount or, if you find that the plaintiff's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).*

_____
Foreperson

Dated: _____