## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CYNTHIA D'ABADIE**                                                                    **PLAINTIFF**

**v.**                                            **Case No. 4:18-cv-00356-JM**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                          **DEFENDANT**

### DEFENDANT'S BRIEF IN SUPPORT OF MOTION FOR PERMISSION TO CONTACT JURORS AFTER VERDICT

Comes now Defendant, Pulaski County Special School District ("District"), by and through its attorneys, Bequette, Billingsley & Kees, P.A., and for its Brief in Support of Motion for Permission to Contact Jurors After Verdict states:

Trial in this matter was held August 17 and 18, 2020.   The jury reached a verdict in favor of Defendant.   (ECF Dkt. No. 63).   Local Rule 41.1 states:   "No juror shall be contacted without express permission of the Court and under such conditions as the Court may prescribe".   Defendant should be allowed, pursuant to Local Rule 47.1, to contact jurors who consent to contact to inquire as to the verdict.   Defendant moves for permission to contact jurors.

Defendant requests the Court to order an expedited response from Plaintiff, pursuant to Local Rule 7.2(b), so it can contact the jurors while information is fresh in their minds.   Ordering an expedited response will not prejudice the Plaintiff.

WHEREFORE, Defendant, Pulaski County Special School District, prays that its Motion for Permission to Contact Jurors After Verdict be granted and for any and all other proper relief be granted.

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com

By: _____**W. Cody Kees**_____
        Jay Bequette, Ark. Bar #87012
        W. Cody Kees, Ark. Bar #2012118