**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CYNTHIA D'ABADIE**                                                              **PLAINTIFF**

**v.**                          **Case No. 4:18-cv-00356-JM**

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT**                                                               **DEFENDANT**

## RESPONSE TO MOTION FOR PERMISSION TO CONTACT JURORS AFTER VERDICT

Plaintiff Cynthia D'Abadie, for her response to Defendant's Motion to Contact Jurors after Verdict, states the following:

1. On August 19, 2020, Defendant filed a Motion for Permission to Contact Jurors after Verdict. Defendant did not give a reason for contacting the jurors or suggest any questions that may be asked of the jurors.

2. However, after communications with Defendant's counsel, Plaintiff no longer has any concerns about the request for contact with the jurors.

3. Therefore, Plaintiff does not object to Defendant's motion.

WHEREFORE, Plaintiff requests that the Court consider its non-objection to Defendant's Motion and grant all other appropriate relief.

                                           Respectfully submitted,

                                           Shawn Childs
                                           Shawn Childs, AR 99058
                                           Lawrence A. Walker, AR 201204
                                           John W. Walker, P.A.
                                           1723 Broadway
                                           Little Rock, AR 72206

501-374-3758
501-374-4187
schilds@gabrielmail.com
lwalker@jwwlawfirm.com